## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05cv03389-GP |
| ) | |
| CONECTIV, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### CONECTIV MOTION FOR SUMMARY JUDGMENT ON
### COMPLAINT OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure,

defendant Conectiv hereby moves for summary judgment on the Complaint filed

by the Equal Employment Opportunity Commission.  As demonstrated in the

accompanying memorandum, which is incorporated herein by reference, there is

no genuine issue as to any material fact and Conectiv is entitled to judgment as a

matter of law.

Respectfully submitted,

David Newmann, Bar No. 82401
HOGAN & HARTSON L.L.P.
1835 Market Street, 28th Floor
Philadelphia, PA  19103
(267) 675-4600 (phone)
(267) 675-4601 (fax)

Harry T. Jones, Jr.
Susanne Harris Carnell
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109

Counsel for Conectiv

Dated:  November 17, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                      )
**EQUAL EMPLOYMENT**                )
   **OPPORTUNITY COMMISSION,**   )
                                                      )
       **Plaintiff,**          )
                                                      )
    **v.**                               )    **Case No. 2:05cv03389-GP**
                                                      )
**CONECTIV, *et al.*,**                   )
                                                      )
    **Defendants.**                )
_____)

**PROPOSED ORDER**

     Upon consideration of Conectiv Motion for Summary Judgment on Complaint of Equal Employment Opportunity Commission, Memorandum in Support thereof, any opposition thereto, and the record herein, it is this ____ day of _____, _____, hereby

     ORDERED that the Motion be, and is hereby, GRANTED; and it is further

     ORDERED that judgment be, and it is hereby, ENTERED in favor of Conectiv and against the Equal Employment Opportunity Commission on the entirety of the Complaint.

     SO ORDERED.

_____
Judge Gene E.K. Pratter
United States District Judge

Copies to:

David Newmann, Esq.
HOGAN & HARTSON L.L.P.
1835 Market Street, 28th Floor
Philadelphia, PA  19103
(267) 675-4600 (phone)
(267) 675-4601 (fax)

Harry T. Jones, Jr., Esq.
Susanne Harris Carnell, Esq.
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109

Sara A. Begley, Esq.
Wayne C. Stansfield, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

G. Kevin Fasic, Esq.
Tighe, Cottrell & Logan, P.A.
707 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19801

Kimberly M. Kaplan, Esq.
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Quintes D. Taglioli, Esq.
Markowitz & Richman
512 Hamilton Street, Suite 200
Allentown, PA 18101-1505

Hannah Schwarzschild, Esq.
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103

Judith A. O'Boyle, Esq.
Terrence R. Cooke, Esq.
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA  19106

Jacqueline H. McNair, Esq.
Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street, Suite 400
Philadelphia, PA  19106

## CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2005, the foregoing Conectiv Motion for Summary Judgment on Complaint of Equal Employment Opportunity Commission, Memorandum of Law in Support of Conectiv Motion for Summary Judgment on Complaint of Equal Employment Opportunity Commission, exhibits, Statement of Undisputed Facts in Support of Conectiv Motion for Summary Judgment on Complaint of Equal Employment Opportunity Commission, and proposed order were electronically filed and are available for downloading and viewing on the ECF System, and that copies thereof were served by overnight delivery on November 17, 2005, on:

| | |
|---|---|
| Joanne Rathgeber, Esq.<br>Rathgeber & Associates<br>111 East Court Street<br>Doylestown, PA 18901<br><br>*Counsel for Plaintiffs Keith Riddick, James Slater, Roy Grimes, and Jeffrey Campbell* | Jacqueline H. McNair, Esq.<br>Equal Employment Opportunity Commission<br>Philadelphia District Office<br>21 South 5th Street, Suite 400<br>Philadelphia, PA  19106<br><br>*Counsel for Plaintiff Equal Employment Opportunity Commission* |
| Robert B. Cottington, Esq.<br>Abigail D. Flynn-Kozara, Esq.<br>Joseph P. Milcoff, Esq.<br>Reed Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br><br>*Counsel for Defendant A.C. Dellovade, Inc.* | |

_____
David Newmann